UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEASNA SITH,            )<br>                                  )<br>            Petitioner,    )<br>                                  )<br>      v.                        )<br>                                  )<br>TIM VIRGA,                )<br>                                  )<br>            Respondent.  )<br>_____) | 1:11-CV-00327 SMS HC<br><br>ORDER DISMISSING PETITIONER'S MOTION TO MOVE FORWARD ON EXHAUSTED CLAIMS<br><br>[Doc. #4] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 25, 2011, Petitioner filed a habeas petition in this Court. The petition was transferred to the Sacramento Division on March 7, 2011. On August 6, 2012, Petitioner filed the instant motion to move forward with the exhausted claims in his petition. Petitioner is advised that the Fresno case was dismissed when the petition was transferred to the Sacramento Division. Petitioner is advised that he must file his motion in the Sacramento case in the Sacramento Division.

Accordingly, the instant motion is DISMISSED.

IT IS SO ORDERED.

**Dated:   August 13, 2012**              /s/ Sandra M. Snyder
                                                            UNITED STATES MAGISTRATE JUDGE